

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 02-50108-01 |
| VERSUS | * | JUDGE STAGG |
| REGGIE TAYLOR | * | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is a "Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure", filed by the United States.

**IT IS ORDERED** that REGGIE TAYLOR's sentence imposed on September 23, 2003, is hereby amended to __92__ months.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of March, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE