AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
MAY 21 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| REGGIE TAYLOR | ) | Case No: 5:02CR50108-01 |
| | ) | USM No: 11597-035 |
| Date of Previous Judgment: 09/23/2003 | ) | VICTORIA CRANFORD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   120 months   months is reduced to   time served   .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
|---|---|---|---|
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 151 to 188 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

COPY SENT
DATE 5/21/2008
BY 3aJ USM
TO: 3aJ USPO

### III. ADDITIONAL COMMENTS

The sentence reduction ordered above is subject to the prohibition found in U.S.S.G 1B1.10(b)(2)(C).
The defendant is hereby ordered to receive credit for time served. A ten-day stay is also ordered to allow the BOP to satisfy certain statutory requirements.

Except as provided above, all provisions of the judgment dated   9/23/2003   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 21, 2008

Effective Date: June 2, 2008
(if different from order date)

_____
Judge's signature

TOM STAGG, United States District Judge
Printed name and title